UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

CURTIS CARTER,

                Plaintiff,

     - against -

FORDHAM AUTO SALES, INC. d/b/a
FORDHAM TOYOTA

                Defendant.

------------------------------------------------x

08 CV 3745 (RWS)

ECF CASE

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

       ANTONIO FERNANDEZ, being duly sworn, deposes and says:

       1.    I am not a party to this action, am over 18 years of age, and reside in New York, New York.

       2.    On April 22, 2008, I caused a true and accurate copy of the Summons and Complaint in the above-captioned action, as well as the Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet and Individual Rules of Practice of Judge Kevin Nathaniel Fox to be served upon Alan Yuzuk, Sales Manager for Fordham Auto Sales, Inc., who stated that he was authorized to accept service of legal papers on behalf of defendant Fordham Auto Sales, Inc. I served Mr. Yuzuk at 236 West Fordham Road, Bronx, New York 10468.

251454 v1

3. I would describe Mr. Yuzuk at the time of service, as follows: Sex: Male; Color: Caucasian; Hair: Brown; Approximate Height: 5'8"; Approximate Age: 45-55; Eyes: Blue.

_____
ANTONIO FERNANDEZ

Sworn to before me this
23rd day of April, 2008

_____
Notary Public

KE...NTZER
NOTARY PUBLIC, State of New York
No. 02MI6072119
Qualified in New York County
Commission ...rch 25, 20__

251454 v1