McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
and
88 Pine Street, 24th Floor
New York, New York 10005
Attorneys for Defendant
Fordham Auto Sales, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS CARTER,<br><br>            Plaintiff,<br><br>vs.<br><br>FORDHAM AUTO SALES, INC. d/b/a<br>FORDHAM TOYOTA,<br><br>            Defendant. | 08 Civ. 3745<br><br>**RULE 7.1 DISCLOSURE<br>STATEMENT**<br><br>DOCUMENT ELECTRONICALLY FILED |

      Pursuant to Fed. R. Civ. P. 7.1, defendant FORDHAM TOYOTA AUTO SALES, INC., states that it is a privately-held corporation, and that it does not have a corporate parent.

        McELROY, DEUTSCH, MULVANEY
        & CARPENTER, LLP
        Attorneys for Defendant Fordham Auto
        Sales, Inc.
        1300 Mount Kemble Avenue
        P.O. Box 2075
        Morristown, New Jersey 07962-2075
        (973) 993-8100
        and
        88 Pine Street, 24th Floor
        New York, New York  10005


        By:   /s/David J. Reilly
                DAVID J. REILLY
                A Member of the Firm

DATED: May 14, 2008

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
and
88 Pine Street, 24th Floor
New York, New York 10005
Attorneys for Defendant
Fordham Auto Sales, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS CARTER,<br><br>        Plaintiff,<br><br>vs.<br><br>FORDHAM AUTO SALES, INC. d/b/a<br>FORDHAM TOYOTA,<br><br>        Defendant. | 08 Civ. 3745<br><br>**CERTIFICATION OF SERVICE**<br><br>DOCUMENT ELECTRONICALLY FILED |

    I hereby certify that on this date I caused copies of defendant FORDHAM AUTO SALES, INC's, Rule 7.1 Statement, and this Certification of Service, to be served upon:

        Kevin T. Mintzer, Esq.
        Vladeck, Waldman, Elias & Englehard, P.C.
        1501 Broadway, Suite 800
        New York, New York 10036
        Attorneys for Plaintiff

electronically, and by regular mail, at the United States Post Office, Morristown, New Jersey.

        McELROY, DEUTSCH, MULVANEY
&amp; CARPENTER, LLP
Attorneys for Defendant Fordham Auto
Sales, Inc.
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
and
88 Pine Street, 24th Floor
New York, New York  10005

By:  /s/David J. Reilly
      DAVID J. REILLY
      A Member of the Firm

DATED: May 14, 2008

1089198-1