VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

COUNSELORS AT LAW

1501 BROADWAY

NEW YORK, N.Y. 10036

TEL 212/403-7300

FAX 212/221-3172



May 21, 2008

**BY FEDERAL EXPRESS**

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

            Re:    Carter v. Fordham Auto Sales, Inc.
                  08 Civ. 3745 (RWS)

Dear Judge Sweet:

       We represent plaintiff Curtis Carter in the above-referenced matter.  On behalf of both parties, we enclose a courtesy copy of a Proposed Discovery Plan (the "Plan") pursuant to Fed. R. Civ. P. 26(f), which was filed electronically with the Court today.   Unless the Court requires any further information or has any questions, the parties respectfully request that the Court so-order the Plan.

                           Respectfully submitted,

                           Kevin T. Mintzer

KTM:as

Enclosure
cc:    David J. Reilly, Esq. (by fax, w/ encl.)

252078 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CURTIS CARTER,                                                    ECF CASE

                       Plaintiff,

                                                                 08 Civ. 3745 (RWS)
            - against -

                                                                 PROPOSED DISCOVERY
                                                                 PLAN PURSUANT TO
FORDHAM AUTO SALES, INC. d/b/a FORDHAM          FED. R. CIV. P. 26(f)
TOYOTA,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties conferred on May 20,

2008.  Based upon that conference, the parties submit this Joint Discovery Plan to the Court:

        1.      The parties will exchange Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on

or before June 20, 2008.

        2.      The parties will exchange Initial Interrogatories and Document Requests on or

before June 20, 2008.

        3.      Joinder of additional parties and/or amendment of the pleadings to occur no later

than July 31, 2008.

        4.      Depositions to be completed by October 31, 2008.

        5.      All discovery, including any expert discovery, to be completed by October 31,

2008.

        6.      Pursuant to Fed. R. Civ. P. 26(f)(3)(C), (D) & (E), the parties at this time do not

anticipate any issues with respect to the disclosure of electronically stored information or claims

of privilege.   Furthermore, the parties do not seek any changes in the limitations on discovery

imposed by the Federal Rules of Civil Procedure or the Local Civil Rules of this Court.


Dated: New York, New York
       May 21, 2008

                                        VLADECK, WALDMAN, ELIAS &
                                           ENGELHARD, P.C.


                                  By:    _____S/ Kevin T. Mintzer_____
                                         Kevin T. Mintzer (KM 4741)
                                         Attorneys for Plaintiff
                                         1501 Broadway, Suite 800
                                         New York, New York 10036
                                         (212) 403-7300


                                        McELROY, DEUTSCH, MULVANEY &
                                           CARPENTER, LLP


                                  By:    _____S/ David J. Reilly_____
                                         David J. Reilly (DR 7708)
                                         Attorneys for Defendant
                                         1300 Mount Kemble Avenue
                                         P.O. Box 2075
                                         Morristown, New Jersey 07962
                                         (973) 993-8100


SO ORDERED:


_____