

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

CURTIS CARTER,

           Plaintiff,

   - against -

FORDHAM AUTO SALES, INC. d/b/a FORDHAM
TOYOTA,

           Defendant.
------------------------------------X

ECF CASE

08 Civ. 3745 (RWS)

PROPOSED DISCOVERY
PLAN PURSUANT TO
FED. R. CIV. P. 26(f)

      Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties conferred on May 20, 2008. Based upon that conference, the parties submit this Joint Discovery Plan to the Court:

    1.    The parties will exchange Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on or before June 20, 2008.

    2.    The parties will exchange Initial Interrogatories and Document Requests on or before June 20, 2008.

    3.    Joinder of additional parties and/or amendment of the pleadings to occur no later than July 31, 2008.

    4.    Depositions to be completed by October 31, 2008.

    5.    All discovery, including any expert discovery, to be completed by October 31, 2008.

    6.    Pursuant to Fed. R. Civ. P. 26(f)(3)(C), (D) & (E), the parties at this time do not anticipate any issues with respect to the disclosure of electronically stored information or claims

252074 v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

of privilege. Furthermore, the parties do not seek any changes in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Local Civil Rules of this Court.

Dated: New York, New York
May 21, 2008

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

By: _____
Kevin T. Mintzer (KM 4741)
Attorneys for Plaintiff
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

By: _____
David J. Reilly (DR 7708)
Attorneys for Defendant
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100

SO ORDERED:

_____
5-22-08

252074 v1

2

Sweet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CAREER GROUP, INC.

           Plaintiff,

- against -

LORI B. ZASLOW, BRYAN J. ZASLOW,
and JONATHAN BETH CONSULTANTS, INC.,

           Defendants,

- against -

SUSAN LEVINE,

           Counterclaim Defendant.
------------------------------------------------------x

Civil Action No.
06 CV 12951(RWS)

STIPULATION OF
SUBSTITUTION OF COUNSEL
FOR DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED that Defendants substitute Sedgwick, Detert, Moran & Arnold LLP as its counsel and attorneys of record in this matter, in place and instead of Robertson, Freilich, Bruno & Cohen, LLC.

Dated: New York, New York
May 16, 2008

SEDGWICK, DETERT, MORAN &
ARNOLD LLP

_____
Lawrence Klein, Esq. (LK2875)
J. Gregory Lahr, Esq. (JL9969)
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

ROBERTSON, FREILICH, BRUNO &
COHEN, LLC

_____
Irvin M. Freilich, Esq. (IF2257)
One Riverfront Plaza, 9th Floor
Newark, New Jersey 07102
Telephone: (973) 848-2100
Facsimile: (973) 848-2138

BRYAN J. ZASLOW, on behalf of
all Defendants

_____

SO ORDERED.

Dated:            By:_____
                      Hon. Robert W. Sweet
                      United States District Judge
                      Southern District of New York

2