UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

CURTIS CARTER,

                Plaintiff,              08 Civ. 3745 (RWS)

  - against -                       ECF CASE

FORDHAM AUTO SALES, INC. d/b/a
FORDHAM TOYOTA,

                Defendant.
----------------------------------------X

        PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel for plaintiff herein.

Dated: New York, New York
       June 25, 2008

                              VLADECK, WALDMAN, ELIAS &
                              ENGELHARD, P.C.

           By: _____
                Anand Swaminathan (AS 2095)
                Attorneys for Plaintiff
                1501 Broadway, Suite 800
                New York, New York 10036
                (212) 403-7300
                aswaminathan@vladeck.com

252847 v1